STATE OF NEW JERSEY v. MARSHALL MECHANIK.

Oct. 4, 1979.   Cross-Petition for certification denied.

ANTONETTE CHURUKIAN v. UNARCO INDUSTRIES, INC.

Oct. 4, 1979.   Petition for certification denied.   (See 169 *N.J.Super.* 122).

CHRISTIAN BEACON PRESS, INC.

v.

CITY OF CAPE MAY.

Oct. 4, 1979.   Petition for certification denied.

OCEAN ACRES, INC.

v.

STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION.

Oct. 4, 1979.   Petition for certification denied.   (See 168 *N.J.Super.* 597).

STATE OF NEW JERSEY v. GAYLORD HALL.

Oct, 4, 1979.   Petition for certification denied.

MONTEFUSCO EXCAVATING & CONTRACTING CO., INC.

v.

COUNTY OF MIDDLESEX.

Oct. 4, 1979.   Petition for certification granted.   (See 196 *N.J.Super.* 109).